# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| JAMES SAMUEL, JR., | * |
| | * |
| Petitioner, | *  CIVIL ACTION NO.: 2:20-cv-36 |
| | * |
| v. | * |
| | * |
| LINDA GETER, | * |
| | * |
| Respondent. | * |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 3. Petitioner James Samuel ("Samuel") did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned as undeliverable, with the notations: "Return to Sender, Refused, Unable to Forward." Dkt. No. 4 at 1.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES** Samuel's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the

AO 72A
(Rev. 8/82)

appropriate judgment of dismissal, and **DENIES** Samuel *in forma pauperis* status on appeal.

**SO ORDERED**, this 25 day of March, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA